UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**AMBER MARIE CLARK,**

    **Plaintiff,**

v.                                  Case No. 3:24-cv-413-TKW/ZCB

**DEPARTMENT OF CHILDREN AND FAMILY'S WALTON FL,**

    **Defendant.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice because Defendant is immune from suit in federal court under the Eleventh Amendment. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice under 28 U.S.C. §1915(e)(2)(B).

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 7th day of October, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**